02-12-067-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00067-CV

 

 


 
 
 James H. Owen
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Classic Chevrolet Ltd. d/b/a Classic Chevrolet
 
 
  
 
 
 APPELLEE 
 
 


 

 

------------

 

FROM County
Court at Law No. 1 OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered appellant’s “Motion To Dismiss.”  It is
the court=s opinion that the motion should be
granted; therefore, we dismiss the appeal.  See Tex. R. App. P.
42.1(a)(1), 43.2(f).

          Costs
of the appeal shall be paid by appellant, for which let execution
issue.  See Tex. R. App. P. 42.1(d).

 

                                                                             PER
CURIAM

PANEL: 
DAUPHINOT,
GARDNER, and WALKER, JJ. 


 

DELIVERED:
 April 19, 2012









[1]See Tex. R. App. P. 47.4.